THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY WHEELER,<br><br>              Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>              Defendant. | NO. C04-5879 JKA<br><br>AGREED PROTECTIVE ORDER<br><br>**[Clerk's Action Required]** |

Pursuant to stipulation of the parties, this Agreed Protective Order is entered in the above-captioned case. This order governs certain confidential documents (*e.g.*, personnel file materials pertaining to persons other than plaintiff, documents containing financial and/or proprietary information not generally available to the public) produced to plaintiff by defendant International Business Machines Corp. ("IBM") in discovery, and confidential documents (e.g., personal medical, financial and/or tax documents) produced to IBM by plaintiff.

IT IS HEREBY ORDERED that:

1.     Information and/or documents covered by this protective order shall not be used by the receiving party for any purpose except in connection with litigation of the above-captioned action, and shall not be delivered, exhibited, published or disclosed to any person except the receiving party and that party's counsel; employees and agents of the receiving party's

AGREED PROTECTIVE ORDER (NO. C04-5879 JKA) - 1
[02161-0062/SL050800.028.DOC]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

counsel assisting said counsel in the preparation and trial of this matter; legitimate, bona fide prospective witnesses in this action; and/or experts with whom the receiving party's counsel consults in preparation of this litigation. A legitimate, bona fide prospective witness may only be shown materials that are relevant to this action and that relate to or reasonably may be expected to relate to the witness's testimony. It is expressly understood that information acquired from documents subject to this order may not be used by the receiving party or the receiving party's counsel in any context or for any purpose other than prosecution or defense of this lawsuit.

2. Before the receiving party's counsel shall deliver, exhibit, publish, or disclose any information and/or document covered by this protective order to any legitimate, bona fide prospective witness and/or expert described in the foregoing paragraph 1, the receiving party's counsel shall request such person to read a copy of this protective order and to sign a statement, in the form of Attachment A hereto, indicating that the person has read and shall abide by this Order. All such signed statements shall be retained by the receiving party's counsel and provided to the Court for examination upon good cause shown.

3. This protective order does not limit or affect the receiving party's right to file documents with the court or to disclose information at trial or on motion or to use documents or information in deposition, as reasonably necessary.

4. The terms of this protective order may be modified by stipulation of the parties or on order of the Court at any later time.

DATED: July 28, 2005.

> /s/ J. Kelley Arnold
> J. KELLEY ARNOLD
> UNITED STATES MAGISTRATE JUDGE

AGREED PROTECTIVE ORDER (NO. C04-5879 JKA) - 2
[02161-0062/SL050800.028.DOC]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Presented by:

**PERKINS COIE LLP**

By  s/Nancy Williams
  Nancy Williams, WSBA #11558
Attorneys for Defendant IBM

Terms of Order Agreed; Notice of Presentation Waived:

**SMITH ALLING LANE**

By  s/Brian L. Dolman
  Brian L. Dolman, WSBA #32365
Attorney for Plaintiff Ray Wheeler

AGREED PROTECTIVE ORDER (NO. C04-5879 JKA) - 3
[02161-0062/SL050800.028.DOC]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

## ATTACHMENT A

I, _____, have been advised by counsel of record for either plaintiff or defendants in <u>Wheeler v. IBM</u>, Case No. C04-5879 JKA, United States District Court for the Western District of Washington at Tacoma, of the protective order governing delivery, exhibition, publication, or disclosure to me of confidential documents produced by the opposing party in this action, together with the information contained therein.  I have read a copy of said protective order and agree to abide by its terms, including its limitation on any further delivery, exhibition, publication, or disclosure of documents and information subject to the order.

_____

Date: _____

AGREED PROTECTIVE ORDER (NO. C04-5879 JKA) - 4

[02161-0062/SL050800.028.DOC]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

# CERTIFICATE OF SERVICE

On July 28, 2005, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Brian L. Dolman<br>Smith Alling Lane<br>1102 Broadway Plaza, #403<br>Tacoma, WA  98402 | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>___  Via Overnight Delivery<br>___  Via Facsimile<br>_X_  Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED at Seattle, Washington, on July 28, 2005.

> s/ Nancy Williams
> State Bar Number:  11558
> **Perkins Coie LLP**
> 1201 Third Avenue, Suite 4800
> Seattle, WA  98101-3099
> Telephone:  206-359-8473
> Fax:  206-359-9473
> E-mail:  NWilliams@perkinscoie.com
>
> Attorneys for Defendant International Business Machines Corporation

AGREED PROTECTIVE ORDER (NO. C04-5879 JKA) - 5
[02161-0062/SL050800.028.DOC]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000