Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY WHEELER,<br><br>                       Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES, a New York corporation,<br><br>                       Defendant. | No. C04-5879JKA<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

COME NOW the parties, by and through their undersigned attorneys of record, and hereby stipulate that the above-entitled case may be dismissed with prejudice and without costs.

////

///

//

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS – Page 1

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

1  Defendant's counsel has reviewed this Stipulation and Order, and consents to the

2  electronic filing of the same by Plaintiff's counsel.

3  DATED this _____ day of January, 2006.

4                  SMITH ALLING LANE, P.S.

6          By__/s/ Brian L. Dolman_____
           BRIAN L. DOLMAN
7             WSBA #32365
           Smith Alling Lane, P.S.
8             1102 Broadway Plaza, Suite 403
           Tacoma, WA  984020
9             Telephone:  253.627.1091
           Fax:  253.627.0123
10            E-mail:  bdolman@smithallinglane.com
           Attorneys for Plaintiff Wheeler

12  Perkins Coie, LLP

14          By__/s/ Nancy Williams, WSBA #11558__
           Perkins Coie LLP
           1201 Third Avenue, Suite 4800
15            Seattle, WA  98101-3099
           Telephone:  206-359-8000
16            Fax:  206-359-9000
           E-mail: NWilliams@perkinscoie.com
17            Attorneys for Defendant International
           Business Machines Corporation

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS – Page 2

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

## **ORDER**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled case be dismissed with prejudice and without costs.

DONE IN OPEN COURT this 8th day of March, 2006.

/s/ J. Kelley Arnold
U.S. Magistrate Judge

Presented by:

SMITH ALLING LANE, P.S.


By  /s/ Brian L. Dolman
   BRIAN L. DOLMAN
   WSBA #32365
   Smith Alling Lane, P.S.
   1102 Broadway Plaza, Suite 403
   Tacoma, WA  984020
   Telephone:  253.627.1091
   Fax:  253.627.0123
   E-mail:  bdolman@smithallinglane.com
   Attorneys for Plaintiff Wheeler

Perkins Coie, LLP


By  /s/ Nancy Williams, WSBA #11558
   Perkins Coie LLP
   1201 Third Avenue, Suite 4800
   Seattle, WA  98101-3099
   Telephone:  206-359-8000
   Fax:  206-359-9000
   E-mail: NWilliams@perkinscoie.com

Attorneys for Defendant International Business Machines Corporation

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS – Page 3

*Smith Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

5881 01 ha270913 3/8/06